**Order filed November 21, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00310-CV
_____

## ROGER MUNIZ, Appellant

## V.

## UNIQUE INTEGRATED ENERGY, LLC, Appellee

**On Appeal from the 238th District Court**

**Midland County, Texas**

**Trial Court Cause No. CV49674**

### O R D E R

Appellant, Roger Muniz, filed an accelerated appeal from an order granting a temporary injunction against him. In the order, the trial court enjoined Appellant from continuing to engage in the business affairs of Intervenor/Defendant, RoxWell Performance Drilling, LLC, for which the trial court subsequently appointed a receiver. Appellant has now filed in this court a notice of suggestion of bankruptcy. *See* TEX. R. APP. P. 8.1. The notice indicates that RoxWell has

filed a voluntary petition seeking bankruptcy protection under Chapter 11 of the United States Bankruptcy Code.  Therefore, pursuant to TEX. R. APP. P. 8.2, we abate this appeal.  The parties are requested to inform this court of the resolution of the bankruptcy proceeding or any other event that would allow this appeal to be reinstated.  *See* TEX. R. APP. P. 8.3.

This appeal is abated.


PER CURIAM


November 21, 2013

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.